## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

**RYAN AKINS,**

     *Plaintiff*,

***v.***                                  **Case No. 1:20-cv-00816**

**FAIR ACQUISITIONS, LLC,** ***et al.***

     *Defendants*.

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff Ryan Akins ("Mr. Akins" or "Plaintiff"), pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Virginia and on behalf of all parties to this action respectfully notify the Court that the parties have achieved a settlement of all claims in this matter, and there are no longer any issues to be determined by the Court.

Accordingly, the parties respectfully request that the Court dismiss the action with prejudice.

Plaintiff is filing this Notice with Defendants' approval and permission.

Dated: October 25, 2021

                                        RYAN AKINS,
                                        By Counsel.

      /s/ Stephen P. Pierce
Stephen P. Pierce, Esquire, VSB #84999
Surovell Isaacs & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone: 703-277-9763
Facsimile: 703-591-9285
Email: spierce@surovellfirm.com
*Counsel for Mr. Akins*

**Ryan Akins v. Fair Acquisitions, LLC, et al.**
**Case No. 1:20-cv-00816**
*Stipulation of Dismissal with Prejudice*
*Page 2 of 2*

## Certificate of Service:

I hereby certify that on October 25, 2021 the forgoing was served via ECF filing on the following:

Elizabeth M. Briones, VSB # 92130
Troutman Pepper Hamilton Sanders LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 274-2937.
Fax: (202) 274-2994
E-mail: elizabeth.briones@troutman.com

Megan E. Burns, VSB # 35883
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Tel: (754) 687-7778
Fax: (757) 687-1504
E-mail: megan.burns@troutman.com

Laszlo Ladi, CSB No. 265564
Admitted Pro Hac Vice
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: ll@severson.com

*Counsel for Defendants XCL Titling Trust and Fair Acquisitions, LLC*

David M. Barnes, Jr. (VA Bar No. 86747)
101 Constitution Avenue NW, Suite 900
Washington, DC 20001
david.barnes@nelsonmullins.com
Tel: (202) 689-2800
Fax: (202) 689-2860

Jonathan A. Singer (admitted pro hac vice)
100 S. Charles Street, Suite 1600
Baltimore, Maryland 21201
jon.singer@nelsonmullins.com
Tel: (443) 392-9409
Fax: (443) 392-9499

*Counsel for Metro Investigations & Recovery Solutions, Inc.*
*d/b/a Final Notice Recovery*

/s/ Stephen P. Pierce
Stephen P. Pierce, Esq.

2